UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES ALLEN THOMAS, | Case No. CV 11-7753-ABC(AJW) |
| Petitioner, | |
| vs. | JUDGMENT |
| WARDEN WILLIAM KNIPP, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: October 21, 2011

_____
Audrey B. Collins
United States District Judge